JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BERNABE ALBERTO OPORTA, | Case No. 2:25-cv-11457-JLS-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| JAIME RIOS et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date: 02/20/2026

_____
JOSEPHINE L. STATON
United States District Judge